# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**JERRY MCCARTY,** *et al.*                                                                 **PLAINTIFFS**

v.                              Case No. 1:19-cv-00029-LPR

**XTO ENERGY, INC.**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on January 14, 2020, it is considered, ordered, and adjudged that Plaintiffs' claims against Defendant XTO Energy, Inc. are dismissed with prejudice.

IT IS SO ADJUDGED this 14th day of January 2020.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE
